# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SANDY HARRIS, JR., <br><br>　　　　Plaintiff, <br><br>v. <br><br>NATIONAL GRID USA SERVICE COMPANY, INC., <br><br>　　　　Defendant. | Civil Action No. 1:22-CV-11628-AK |

## JUDGMENT

**ANGEL KELLEY, D.J.**

In accordance with the Court's Memorandum and Order [Dkt. 80] entered on March 26, 2025, it is hereby ORDERED:

Judgment entered for Defendant.

By the Court:

Dated: March 26, 2025

/s/ Miguel A. Lara
Deputy Clerk